THOMAS GILLERAN, Respondent, *v.* THOMAS E. COLBY, Appellant, Impleaded with ALBERT S. OWENS and Others, Defendants.

First Department, July 11, 1918.

See head note in *Gilleran* v. *Owens* (*ante*, p. 209).

APPEAL by the defendant, Thomas E. Colby, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 28th day of February, 1918, denying his motion for judgment on the pleadings, consisting of an amended complaint and a demurrer thereto.

*Harold S. Deming* of counsel [*Daniel Day Walton, William O. Hubbard* and *Lemuel Bannister*, with him on the brief; *Haight, Sandford & Smith*, attorneys], for the appellant.

*Roger Foster*, for the respondent.

PER CURIAM:

For the reasons stated in the opinion in *Gilleran* v. *Owens* (184 App. Div. 209), herewith handed down, the order appealed from is affirmed, with ten dollars costs and disbursements, with leave to the defendant to withdraw his demurrer and to answer the amended complaint on payment of costs in this court and at the Special Term.

Present — CLARKE, P. J., LAUGHLIN, SMITH, PAGE and SHEARN, JJ.

Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term.